In re LOSEE'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the estate of Stephen Losee, deceased. No opinion. Reargument ordered, and case set down for Tuesday, January 22, 1907.

LOVETT, Appellant, v. LOVETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by George E. Lovett against Grace E. Lovett. No opinion. Without passing upon the question of the power of the court at Special Term to initiate and make inquiry as to collusion, of which the record furnishes no evidence, we think the court was without power to amend the pleading after the issues had been tried. The order is therefore reversed and motion denied, and case remitted to the Special Term.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by George E. Lovett against Grace E. Lovett. No opinion. Motion to dismiss appeal granted.

LUNNY v. McCLELLAN. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Farrell Lunny against Malleville W. McClellan. No opinion. Motion denied, with $10 costs. Order filed.

LUTFY, Appellant, v. NASSER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Deeb Lutfy against Shakir Nasser and others. No opinion. Motion for reargument denied, with costs, and stay vacated.

LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by William A. Lyon and another against Edward I. Townsend and another. No opinion. Order of the County Court of Rockland County modified by deducting the sum of $20, disallowed by the county clerk and restored by the County Court, and, as modified, affirmed, without costs.

McCAFFERY, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Sarah McCaffery against James C. Foster. No opinion. Motion to dismiss appeal granted.

McCAMMON, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by George W. McCammon against the state of New York.
PER CURIAM. Judgment affirmed, with costs.
PARKER, P. J., not voting, not being a member of this court at the time this decision is handed down.

McCORMACK, Appellant, v. LEFFIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) Action by William V. McCormack against Robert F. Leffin and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
WILLIAMS, J., dissents, on the ground that there was no evidence of any such default as provided for by the statute, that there was no evidence that the default was satisfactorily excused, and no evidence that manifest injustice had been done.

MACDONALD, Respondent, v. GENERAL ELECTRIC INSPECTION CO., Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Frank M. Macdonald against the General Electric Inspection Company. J. C. Palmer, for appellant. R. S. Rounds, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McGOWN, Respondent, v. UNDERHILL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Carrie U. McGown against Mary I. Underhill and others. No opinion. Motion to resettle order granted.

MACKAY, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by George D. Mackay against Frank Seaman. No opinion. Judgment and order affirmed, with costs.

MAGEE CARPET CO., Appellant, v. WHITE et al., Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the Magee Carpet Company against James M. White and others. A. H. Gleason, for appellant. A. S. Andrews, for respondent. No opinion. Order modified by striking out the words, "or to any other counselor at law or notary public of the state of Pennsylvania," and, as so modified, affirmed, without costs. Settle order on notice.

MAGUIRE et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James Maguire and another against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs, on reargument.

MARTIN, Respondent, v. WERMANN, Appellant. (Supreme court, Appellate Division, Second Department. January 11, 1907.) Action by Frank P. Martin against Herman Wermann. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

MARTIN, Respondent, v. WERMANN, Appellant. (Supreme Court, Appellate Division,